IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**APEX OIL COMPANY, INC.**

**Defendant.**                              No. 05-CV-242-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion submitted by Defendant Apex Oil Company ("Defendant") to extend its response time to the government's motion for partial summary judgment. (Doc. 26.) The Court, being fully advised in the premises, **EXTENDS** Defendant's time to respond to the government's motion until January 18, 2006.

**IT IS SO ORDERED.**

Signed this 9th day of January, 2006.

/s/         David RHerndon
**United States District Judge**