# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

August 25, 2009

BEFORE: RICHARD D. CUDAHY, Circuit Judge
RICHARD A. POSNER, Circuit Judge
MICHAEL S. KANNE, Circuit Judge

| | |
|---|---|
| No.: 08-3433 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>APEX OIL COMPANY, INCORPORATED,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 3:05-cv-00242-DRH-DGW<br>Southern District of Illinois<br>District Judge David R. Herndon |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)